UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MARCIA MARSHALL,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, and MID-CENTURY INSURANCE COMPANY<br><br>    Defendants. | Case No. CV-18-075-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED that the proposed Findings and Recommendations entered by United States Magistrate Judge Cavan (Doc. 34) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand (Doc. 25) is GRANTED.

IT IS HEREBY ORDERED that this matter be remanded to Montana's Sixth Judicial District Court, Park County, under Cause No. DV 13-00169.

Dated this 26th day of November, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Julie Collins
Julie Collins, Deputy Clerk